IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE ARMAN CROMWELL,

    Petitioner,                      No. CIV S-06-2412 FCD GGH P

    vs.

K. PROSPER, et al.,

    Respondents.                  ORDER

_____/

    Petitioner pro se filed a habeas petition pursuant to 28 U.S.C. § 2254 on November 1, 2006. In an Order, filed on February 7, 2007, adopting the Findings and Recommendations, filed on December 4, 2006, the petition was stayed pending exhaustion of petitioner's fourth ground for relief and petitioner was therein directed to inform the court of the state supreme court's decision within 30 days of a decision being rendered, after which the matter was to proceed. It has been more than two and one-half years with no further word from petitioner.

\\\\\

\\\\\

\\\\\

\\\\\

1       Accordingly, IT IS HEREBY ORDERED that petitioner must show cause, within
2 21 days, why the stay in this matter should not be lifted.
3 DATED: November 12, 2009

                                        /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE

GGH:009
crom2412.osc