IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE ARMAN CROMWELL,

    Petitioner,                           No. CIV S-06-2412 FCD CHS P

    vs.

K. PROSPER, et al.,

    Respondents.               **PRELIMINARY REPORT TO THE DISTRICT JUDGE**

        Each of the parties in this case has filed a Consent to Proceed Before a United States Magistrate Judge. *See* 28 U.S.C. § 636(c).

        It is therefore recommended that the above-captioned case be referred and reassigned to the undersigned, the United States Magistrate Judge currently assigned to this case, for all further proceedings and entry of final judgment.

DATED: February 23, 2011

                                            CHARLENE H. SORRENTINO
                                            UNITED STATES MAGISTRATE JUDGE