IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE ARMAN CROMWELL,

    Petitioner,                                        No. CIV S-06-2412 CHS P

    vs.

K. PROSPER, et al.,

    Respondents.               ORDER APPOINTING COUNSEL

_____/

          Petitioner is a state prisoner proceeding pro se and in forma pauperis with a third amended petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. Petitioner stands convicted in the Shasta County Superior Court of being a felon in possession of a firearm and misdemeanor driving without a license, for which he is currently serving a third strike sentence of 27 years to life. In an amended order filed on April 19, 2011, the petition was granted in part with respect to his claim that his statements taken in violation of *Miranda v. Arizona*, 384 U.S. 436 (1966), were unconstitutionally admitted at trial.

          On April 28, 2011, petitioner filed a motion to appoint counsel. Upon consideration of the motion, it appears that the interests of justice require the appointment of counsel at this time. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952,

1

954 (9th Cir. 1983).

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's April 28, 2011 motion to appoint counsel is GRANTED;

2. The Federal Defender is appointed to represent petitioner;

3. The Clerk of the Court is directed to serve a copy of the February 26, 2010 third amended petition, the April 19, 2011 amended order granting petition, and this order on David Porter, Assistant Federal Defender.

DATED: May 4, 2011

*Charlene H. Sorrentino*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE