IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE ARMAN CROMWELL,

    Petitioner,                        No. CIV S-06-2412 CHS

    vs.

K. PROSPER, et al.,

    Respondents.                  ORDER SETTING HEARING
                                       BY TELEPHONE CONFERENCE

_____/

        Petitioner, a state prisoner, filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 19, 2001, an amended order granting the petition was filed. Petitioner's subsequent motion to appoint counsel was granted. Respondent has filed a timely notice of appeal, and seeks a stay of the judgment pending resolution of the appeal pursuant to Fed. R. App. P. 8.

        A hearing on the pending motion to stay shall be held on Monday, June 20, at 10:30 a.m. via telephone conference. The court will place the conference call to counsel for each party using the telephone numbers of record, unless provided with an alternate number.

IT IS SO ORDERED.

DATED: June 8, 2011

*Charlene H. Sorrentino*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1