IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE ARMAN CROMWELL,

    Petitioner,                                     No. CIV S-06-2412 CHS

    vs.

K. PROSPER, et al.,

    Respondents.                               <u>ORDER</u>

/

        Pursuant to the parties' stipulation filed on June 17, 2011, and good cause appearing therefor, it is hereby ORDERED that the motion to stay, filed June 2, 2011, shall be held in abeyance up to and including July 18, 2011.  On or before that date, the parties shall inform the Court whether the agreement referred to in the declaration of counsel has been executed.  The hearing on the motion set for June 20, 2011 via telephone conference at 10:30 a.m. is hereby VACATED.

DATED: June 17, 2011

*Charlene H. Sorrentino*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1